ELLA F. COVEY, as Executrix of BENJAMIN F. COVEY, Deceased, Respondent, *v.* BOSTON AND MAINE RAILROAD, Appellant.

*Covey* v. *Boston & Maine Railroad,* 147 App. Div. 926, affirmed.
(Argued April 28, 1913; decided May 13, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 17, 1911, affirming a judgment in favor of plaintiff's intestate entered upon a verdict in an action to recover damages caused by a fire alleged to have been negligently started by defendant on its own lands and to have spread therefrom on to lands of plaintiff's intestate destroying his buildings and their contents.

*Jarvis P. O'Brien* for appellant.

*John B. Holmes* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.